IN THE SUPREME COURT OF TEXAS

 No. 06-0977

 IN RE PENN-AMERICA INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. All trial court proceedings in Cause No. 23353, styled George
and Suzanne Russell v. Penn-America Insurance Co. and Bryan United Roofing,
Inc. d/b/a United Roofing & Sheet Metal, Inc., in the 278th District Court
of Walker County, Texas, are stayed pending further order of this Court.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 22, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk